**Dismissed and Opinion Filed November 29, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00809-CV

**FARAH NAZ, Appellant**
**V.**
**HEAVEN SENT FLOOR CARE, Appellee**

On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-00046-2017

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated July 12, 2017, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated July 12, 2017, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated October 5, 2017, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of

costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

We dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


170809F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FARAH  NAZ, Appellant

No. 05-17-00809-CV          V.

HEAVEN SENT FLOOR CARE, Appellee

On Appeal from the County Court at Law No. 6, Collin County, Texas
Trial Court Cause No. 006-00046-2017.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee HEAVEN SENT FLOOR CARE recover its costs of this appeal from appellant FARAH  NAZ.

Judgment entered November 29, 2017.